UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In The Matter Of Non-Cash Collateral )
)     ORDER
at San Francisco, California )

RECEIVED
2012 MAR 13 P 3:38
FILED
MAR 13 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Clerk of Court has advised the court that the non-cash collateral items posted as security in the below listed cases are still in the court's possession. The cases are closed and the defendants are either serving or have completed serving their sentences and the posted items should be returned to the property owners, therefore,

**IT IS ORDERED** that the bonds are exonerated and the Clerk of the Court is directed to return the non-cash collateral items for the below listed cases to the property owners.

| CASE NUMBER | CASE NAME | NON-CASH COLLATERAL ITEM POSTED |
|---|---|---|
| G-1-B-28 | U.S. V FRANCES BEALS | $250.00 TREASURY BONDS |
| 3:75-CR-00416 OJC | U.S. V BILLY L. BABB | Unrecorded Quit Claim Deed |
| 3:75-CR-00241 WTS | U.S. V SHARLENE NARICE | California DMV Registration Card License No. 323AB |
| 3:75-1841 MW/ CR 75-825-SW | U.S. V ANTONIO L. CASTILLO aka JESS MORALES | California DMV Registration Card License No. B18174 |
| No Case Number | U.S. V VIVIAN STALEY | Deed of Trust of VIVIAN STALEY, Doc # 6552 BOOK 1618 PAGE 379 recorded on 04/17/87 |
| 3:87-CR-00359 SC | U.S. V JOHN BATANIDES | Quitclaim Deed Doc. No. 87089918 of John Batanides |
| 3:75-1954 MG | U.S. V LEO MARK DISE aka MURPHY DISE | Unrecorded Quitclaim Deed |
| 3:73-CV-01817 GBH | STROMWALL V HOPKINS | 5,000 Shares of Stock for Palau Fisheries Ltd |
| 3:74-CR-00188 RHS | U.S. V RICHARD F. MURRAY, SR | Security Pacific Nat Bank Passport Acct No. 050-289 of Joel D. Nelson |
| 3:75-1491 MW/CR 75-771 SAW | U.S. V JEFFREY G. KUDER | Unrecorded Quitclaim Deed |
| 3:78-2228 MW | U.S. V LOUIS PICCOLI | QUITCLAIM DEED OF Antonio & Mary Diaz, Ref No. 3981 190 56952T |
| 3:76-CR-00760 SAW | U.S. V JOHN E. DE SANTIS | Unrecorded Quitclaim Deed |
| 3:79-CR-0036 SAW | U.S. V LANCE L. SMITH aka Lance L. Benson | Quitclaim Deed OF Lance L. & Roxanne Smith |
| 3:81-CR-00395 SAW | U.S. V ROBERT ROHRER | Assignment of Deed of Trust, Doc. No. 82-100493 of Arend P. Boer |
| 3:76-781 MG | U.S. V RONNIE D. GALLOWAY | Driver's License No. C07338 |
| 3:78-497 MG | U.S. V JUAN B. TORRES | Unrecorded Quitclaim Deed |
| 3:78-02321 MG/CR-79-36-SAW | U.S. V FRANK ROZA, JR | Unrecorded Quitclaim Deed |
| 3:81-00221 MG | U.S. V MARGARET W. JOHNSON | Pink Slip/Ownership Cert/License No. 069KNX |
| 3:77-1348 MG | U.S. V JAMES T. MOORE, JR | Unrecorded Quitclaim Deed |

| Case | Caption | Asset |
|---|---|---|
| 3:86-CR-01061 WHO | U.S. V JOHNIE LEE MOORE | Trust Deed Doc. No. Book 1985 Page 318 of Arthur J. & Anita Palmer |
| 3:92-CR-000578 WHO | U.S. V WILLIAM VAN SCOTT | CA Certificate of Title for 1972 GMC for Jacqueline Cotton |
| 3:82-00689 ML | U.S. V LESLIE L. SUTTON | Unrecorded Quitclaim Deed |
| 3:83-00556 JSB | U.S. V JESUS RODRIGUEZ | Deed of Trust Doc. No. 84004305 & 84012583 of Jesus Rodriguez and Milagro Rodriguez |
| 3:83-00556 JSB | U.S. V JESUS RODRIGUEZ | Deed of Trust Doc. No. 83-161665 Jesus Rodriguez and Milagro Rodriguez |
| 3:85-931 JSB/CR 85-1012 EFL | U.S. V JOHN R. KINGHAM | 1,800 Shares of Stock for OTEC Corp. for John Kingham |
| 3:94-MJ-30121 MAG | U.S. V MANUEL DUENAS-BECERRA | Deed of Trust No. 94094475 |
| 3:85-CR-00024 CAL | U.S. V GREGORY L. ANTON | Unrecorded Deed of Trust of Gregory Anton & Paul Anton |
| 3:87-CV-05774-CAL | TWENTY FIRST CENTURY VENT PARTNER V THOMAS J. SHERWOOD | 465,411 Shares of Stocks Certificate No. 309 for Cardiac Rehab Corp. by DSD Assoc, Thomas P. DeMund, Trustee |
| 3:96-CR00189 VRW | U.S. V LARRY LEW | Deed of Trust Doc. No. 96-F997419-00 of Leon Foon Leung Lew & Amy Hang Foon Lew |
| 3:97-CR-00294 VRW | U.S. V CHAN DESAIGOUDAR | Deed of Trust Doc. No. 2002-0051273 of Chan and Arathi Desaigoudar |
| 3:97-CV-03069 VRW | APPLIED SPACE PRODUCTS VS PAUL A. TRAVERS | Deed of Reconveyance Paid as Interpleader |
| 3:99-CR-00198 VRW | U.S. V JULIO ZAVALA | State of CA Certificate of Title for 1987 vehicle ID # WBAAB6402H1688761 |
| 3:00-CR-00363 VRW | U.S. V SEAN ANDRE BEATTIE | Deed of Trust Doc. No. 2000-00056430 of Sean & Patricia Beattie |
| 3:88-CR-00180 TEH | U.S. V AGHA KHAN | Deed of Trust No. 88039752 of Agha Khan & Kamrul N. Khan |
| 3:92-CR-000214 FMS | U.S. TERRY MYNHEIR | Deed of Trust Doc. No. 11653 of Yvonne A. O'Connor |
| 3:94-CR-00498 FMS | U.S. V ZIA AZEMIKA | Deed of Trust Doc. No. 94-190809 of Zia Azemika & Behdokht Khajavi |
| 3:92-MJ-01228 MZ | U.S. V JERMON L. CARTER | Deed of Trust No. 92 176624 |
| 3:93-CR-00393 MHP | U.S. V MONZER QUTTENIEH | Deed of Trust Doc. No. 96-G004960-00 of Siham Qutteineh |
| 3:93-CR-00408 MHP | U.S. V GWEI SHOO MEIL | Deed of Trust Doc No. 93176868 of Gold-May Gwei |
| 3:97-CR-00239 MHP | U.S. V CURTIS DEBORD | Deed of Trust No. 2134132 |
| 3:97-CR-00239 MHP | U.S. V CURTIS DEBORD | Deed of Trust No. 97-0055593-00 |
| 3:02-CR-00062 SI | U.S. V DANIEL DAVID | Deed of Trust No. 2002131140 |
| 3:05-CR-00533 SI | U.S. V JOHN ANTHONY MOSLEY | Deed of Trust Doc. No. 2005-162639 of Yolanda, Deborah, Darryl, James & John Mosley |
| 3:97-CR-00097 CRB | U.S. V TODD EUGENE BEAUGRAND | Deed of Trust Doc. No. 1997 0037180 of Todd Beaugrand |
| 3:00-CR-00640 CRB | U.S. V MICHAEL DALE MCCOVEY | (2) State of CA Cert of Title for MOTORCYLE and AUTO for Michael D. McCovey |
| 3:01-MG-30515 EMC | U.S. V ABDULLAH MOHAMMED ABUSAFIEH | Deed of Trust Doc. No. 2001-0402979-00 of Mohammed Abusafief and Yosra Abusafief |

DATED: March 13, 2012

*[signature]*

**U.S. DISTRICT COURT JUDGE**