UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                                    General Court Number
Clerk of Court                                                                                                         415-522-2000

August 15, 2018

Case Number: 97-cr-00239-MHP-1

Case Title: USA v. Debord

TO COUNSEL OF RECORD;

     In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith. If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c).

                                                                              Very truly yours,

                                                                              Susan Y. Soong, Clerk

                                                                              _____
                                                                              by:  Mark Jenkins
                                                                              Case Systems Administrator
                                                                              415-522-2042